IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR13-0049 |
| vs. | ORDER FOR DETENTION |
| TOMAS BERNAL-PEREZ, | |
| Defendant. | |

On the 26th day of November 2014, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing and the Defendant's request for a preliminary hearing. The Government was represented by Assistant United States Attorney Daniel C. Tvedt. The Defendant appeared personally and was represented by his attorney, Rockne Cole. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that the request for detention should be granted.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Court finds that there is probable cause that Defendant violated the conditions of his supervised release.

2. The request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for December 19, 2014 at 4:30 p.m. before Chief Judge Linda R. Reade.

DATED this 26th day of November, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA